05   630

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

ORIGINAL

TO: Famous Rhoades   SBI#: 379298

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: August 17, 2005

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of February 1, 2005 to July 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 0 |
| July | 30.66 |

Average daily balances/6 months: 5.25

Attachments
CC: File

Stacy Shane
8/17/05

Notary public
8/19/05