(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Famous B. Rhoades
(Enter above the full name of the plaintiff in this action)

05    630

V.

C/o Carlton Adams, Cpl. W. Campbell
Joseph Belanger, Shift Commander
Lt. Larry Savage, disciplinary hearing officer
(Enter above the full name of the defendant(s) in this action



FILED

AUG 29 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       YES [ ]    NO [✓]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.   Parties to this previous lawsuit

       Plaintiffs N/A

       Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II.  A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? filed a grievance

2. What was the result? NON-grievable

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ] N/A

F. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? N/A

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Famous B. Rhoades

Address D.C.C. 1181 Paddock Rd. Smyrna De. 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant C/o Carlton Adams is employed as Correction officer at D.C.C. Smyrna De. 19977

C. Additional Defendants Cpl. W. Campbell as corporal at D.C.C. Joseph Belanger as shift commander at D.C.C. Lt. Larry Savage as disciplinary hearing officer

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Plaintiff claims the defendants violated D.C.C.'s standard operational procedures and policies as well as his 8th and 14th amendment rights and he is holding them liable in their individual and official capacity. See attachments

-3-

## IV  STATEMENT OF CLAIMS

(1.) Plaintiff claims all defendants did knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment right, the plaintiff is holding all defendants liable in their individual and official capacity.

(2.) Plaintiff claims on or about Jan. 20, 2004 the plaintiff was illegally written up by C/o Carlton Adams because he lied on the write-up," stating plaintiff slammed a cell door in his face and caught his hand in the cell door.

(3.) Plaintiff claims C/o Carlton Adams is very negligent and incompetent and lacks the neccessary education and trainning to be a correctional officer at D.C.C due to his knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C's standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(4.) Plaintiff claims C/o Carlton Adams did knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights when he illegally lied and wrote plaintiff up for slamming his hand in the cell door.

(5.) Plaintiff claims C/o Carlton Adams knowingly willingly, intentionally and with wanton and gross negligence illegally elected to hold an illegal preliminary hearing on the disciplinary report filed by himself dated Jan. 20, 2004 this violated D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(6.) Plaintiff claims C/o Carlton Adams knowingly willingly, intentionally and with wanton gross negligence failed to sign the illegal disciplinary report filed Jan. 20, 2004 which violated D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(7.) Plaintiff claims C/o Carlton Adams may have or knows other personel employed at D.C.C. with criminal records and knows D.C.C. officials will protect him, this violates D.C.C.'s standard operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(8.) Plaintiff claims C/o Carlton Adams knowingly, willingly, intentionally with wanton and gross negligence. is using the top officials of D.C.C.'s negligence to further his negligence because they are all covering up for each other thereby violating D.C.C.'s standard operational, procedures and policies as well as plaintiff 8th and 14th amendment rights.

(9.) Plaintiff claims as of a direct result of C/o's Carlton Adams knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C. standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights, plaintiff has suffered and continues to suffer due to the violations and being illegally mored to isolation for 15 days further illegally mored to the SHU and then the MHU.

(10.) Plaintiff claims Cpl. W. Campbell, is negligent and incompetent and lacks the neccessary education and trainning to be corporal at D.C.C. due to his knowingly, willingly intentionally with wanton and gross negligence violate D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights

(11.) Plaintiff claims on or about Jan. 20, 2004 Cpl. W. Campbell knowingly, willingly intentionally with wanton and gross negligence failed to file an incident report 404, to what happen on Jan 20, 2004. this was a direct violation of D.C.C.'s standard, operational, procedures and policies as well as plaintiffs 8th and 14th amendment rights.

(12.) Plaintiff claims on or about Jan 20, 2004, Cpl. W. Campbell was c/o Adams Superior and he did knowingly, willingly, intentionally with wanton and gross negligence allowed c/o Adams to lie and illegally write plaintiff up for slamming his hand in a cell door, this violated D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights

(13.) Plaintiff claims Cpl. W. Campbell may have or knows other personel employed at D.C.C. with criminal records and knows D.C.C. officials will protect him, this violates D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(14.) Plaintiff claims Cpl. W. Campbell, knowingly willingly, intentionally with wanton and gross negligence is using the top officials of D.C.C.'s negligence to further his negligence because they are all covering up for each other thereby violating D.C.C. standard operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(15.) Plaintiff claims as of a direct result of Cpl. W. Campbell knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights, plaintiff has suffered and continues to suffer due to the violations and being illegally moved to isolation for 15 days further illegally moved to the SHU and then the MHU.

(16.) Plaintiff claims at all times relevant to this complaint Joseph Belanger was acting as shift commander, and was negligent and incompetent and lacks the neccessary education and trainning to be a shift commander, due to his knowingly willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(17.) Plaintiff claims Joseph Belanger, knowingly willingly, intentionally with wanton and gross negligence, failed to correct or discipline his subordinates, for filing a false disciplinary report, this violated D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights

(18.) Plaintiff claims Joseph Belanger did knowingly, willingly, intentionally with wanton and gross negligence fail to sign the disciplinary report dated Jan 20, 2004 this violated D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(19.) Plaintiff claims Joseph Belanger may have or knows other personel employed at D.C.C. with criminal records and knows D.C.C. officials will protect him, this violates D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(20.) Plaintiff claims Joseph Belanger, knowingly, willingly, intentionally with wanton and gross negligence is using the top officials of D.C.C.'s negligence to further his negligence because they are all covering up for each other thereby violating D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(21.) Plaintiff claims as of a direct result of Joseph Belanger, acting as shift commander knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights, plaintiff has suffered and continues to suffer due to the violations and being illegally moved to isolation for 15 days further illegally moved to the S.H.U and then the M.H.U.

(22.) Plaintiff claims at all times relevant to this complaint Lt. Larry Savage was acting as disciplinary hearing officer and lacks the neccessary education and training, and is negligent and incompetent to be a disciplinary hearing officer due to his knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(23.) Plaintiff claims Lt. Larry Savage, knowingly, willingly, intentionally with wanton and gross negligence, denied plaintiff the right to confront his accuser c/o Carlton Adams, who lied in the disciplinary report written on Jan. 20, 2004 this was a direct violation of D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.