(24.) Plaintiff claims Lt. Larry Savage did knowingly, willingly, intentionally with wanton and gross negligence failed to allow plaintiff to call witnesses at the disciplinary hearing to defend his position, his cell partner Keenan Gibson and C/o Carlton's Adam's Superior Cpl. W. Campbell, this violated D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(25.) Plaintiff claims Lt. Larry Savage did knowingly, willingly, intentionally with wanton and gross negligence, failed to allow plaintiff to sign the appeal or appeal the disciplinary decision intered against him on Feb. 13, 2004 this was a direct violation of D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(26.) Plaintiff claims Lt. Larry Savage did knowingly, willingly, intentionally with wanton and gross negligence failed to hear plaintiff's side of the story, this was a violation of D.C.C.'s standard, operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(27.) Plaintiff claims on or about Feb. 13, 2004 Lt. Larry Savage did knowingly, willingly, intentionally with wanton and gross negligence show bias and prejudice and failed to give plaintiff a fair disciplinary hearing, thereby violating D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(28.) Plaintiff claims on or about Feb. 13, 2004 Lt. Larry Savage did knowingly, willingly, intentionally with wanton and gross negligence failed to investigate the disciplinary report written by C/O Carlton Adams on Jan. 20, 2004, this violated D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(29.) Plaintiff claims Lt. Larry Savage has a history of violating D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights

(30.) Plaintiff claims Lt. Larry Savage may have or knows other personel employed at D.C.C. with criminal records and knows D.C.C. officials will protect him, this violates D.C.C.'s standard, operational, procedures and policies as well as plaintiffs 8th and 14th amendment rights.

(31.) Plaintiff claims Lt. Larry Savage, knowingly, willingly, intentionally with wanton and gross negligence is using the top officials of D.C.C.'s negligence to further his negligence because they are all covering up for each other thereby violating D.C.C. standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights.

(32.) Plaintiff claims as of a direct result of Lt. Larry Savage knowingly, willingly, intentionally with wanton and gross negligence violate D.C.C.'s standard, operational, procedures and policies as well as plaintiff's 8th and 14th amendment rights, plaintiff has suffered and continues to suffer due to the violations and being illegally moved to isolation for 15 days further illegally moved to the SHU and then the MHU.

# V. RELIEF

WHEREFORE, PLAINTIFF Famous B. Rhoades humbly pray's this Honorable Court to enter declaratory judgment in the plaintiff's favor and against all of the defendants for violating his 8th and 14th amendment rights;

further awarding punitive damages in the amount of 100$,000.00/00 One Hundred Thousand Dollars, or what the court deems just.

further awarding compensatory damages in the amount of $100,000.00/00 One Hundred Thousand Dollars, or what the court deems just.

further awarding statutory damages as well as investigation and attorney fee's as the court deems just.

Subscribed to before me this
22nd day of August, 2005

_Timothy J. Martin_
Notary Public

my commission expires: June 14th 2006

_Famous B. Rhoades_
Famous B. Rhoades
D.C.C.
1181 Paddock Rd.
Smyrna De., 19977

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff humbly prays this Honorable Court to enter judgment against the defendants due to the violation of D.C.C.'s standard operational procedures and policies as well as plaintiff's 8th and 14th amendment rights, see attachments!

Signed this 22 day of August, 2005

_James B Rhoades_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8-22-05                           _James B Rhoades_
Date                              (Signature of Plaintiff)

-4-

I/M Famous Rhoades
SBI# 319398 UNIT 22 A L6 MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk U.S District Court
J. Caleb Boggs Federal Building
Lock Box 18   844 N. King Street
Wilmington, DE 19801