| Disciplinary# | DCC Delaware Correctional Center | | Date: 01/20/2004 |
|---|---|---|---|
| 1006688 | Smyrna Landing Road | | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## DISCIPLINARY REPORT     EXhibit 1

| Disciplinary Type: Class1 | Housing Unit: Bldg C | IR#: 1008369 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00379298 | Rhodes, Famous B | DCC | Bldg.W-1 G Tier | 01/20/2004 | 10:35 |

Violations: 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

Witnesses:1. N/A          2. N/A          3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approx. Time I (C/O Adams Iii) Was Conducting A Tier Check On G-Tier When I Found I/M Rhodes In Th
Rec Room. I (C/O C. Adams Iii) Order I/M Rhodes To Go To His Room To Get Me His Id And That He Was Being Written Up For O
Limits. Then I (C/O C. Adams Iii) Followed I/M Rhodes Down To His Cell To Get His Id. Then At This Time I (C/O C. Adams Iii) Wa
In The Door Way With My Hand On The Door Of I/M Rhodes'S Cell And He Said, "You Need To Knock Before You Enter My Cell" An
Slammed The Door In My Face Cacthing My Hand In The Door. I (C/O C. Adams Iii) Then Called (Cpl. W. Campbell) For Back Up. /
That Time We Escorted I/M Rhodes Off The Tier And Seen By Area Lt.

Reporting Officer: Adams, Carlton  (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Adams, Carlton  -Correctional Officer

I/M Escorted Off The Teir, Notified Of Write Up, Reports Written

### Offender Disposition Details

Disposition: N/A          Date:N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑     Disapproved: ☐     Approved By: Belanger, Joseph  (Shift Commander - Large Inst.)

Comments: I/M Has Been Transferred To C/Isolation As A Result Of This Incident!

### Shift Supervisor Details

Date Received: 01/20/2004          Time: 13:20          Received From: ___

Shift Supervisor Determination:

[ ]     Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate
        revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]     Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

Belanger, Joseph  (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE:_____ TIME: _____ and have been informed of my rights to have
a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions
outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____          Offender: _____
        Adams, Carlton                                Rhodes, Famous B