| DR# 1006688 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 03/02/2004 |
|---|---|---|

Bull

19

## DISCIPLINARY HEARING DECISION

Exhibit a

| Inmate: Rhodes, Famous B | SBI#: 00379298 | Type: Class 1 |
|---|---|---|
| Institution: DCC Delaware Correctional Center | Hearing Date: 02/13/2004 | Time: 10:04 |

**Inmate Present:** Yes   **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

**Inmate PLEA:** Not Guilty

**Inmate Statement:** I didnt do anything to him.

**Decision:** Guilty

**Rational:** Per report inmate slammed door on officers hand. Found guilty of all charges.

**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _Lt Larry n Savage_
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO   [X] DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal   [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified   [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |

already served.