Exhibit 34

DR # 1006688

Date: 2/13/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☒ Class I (Major)  ☐ Class II (Minor)  ☐ Summary (24 Hour LOAP)

Inmate: Rhodes Famous   SBI#: 00 379298
Institution: Delaware Correctional Center   Hearing Date: 2/13/04   Time: 1004

Inmate Present: ☒ Yes  ☐ No

Reason (If No): _____

Violation: 200.201, 200.108, 200.1002
Inmate Plea: not guilty
Inmate Statement: I didn't do anything to him.

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☒ Guilty  ☐ Not Guilty  ☐ Further Investigation
Rational: Per reports inmate slammed door on Officers hand. Found guilty of all charges.

Sanctions: 15 days isolation already served. no further sant

Hearing Officer's Signature: Lauryn Laur

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☒ I do not intend to appeal.

Inmate's Signature: inmate unable to sign cuffed in rear

### ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal    ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified       ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on  Date: _____  Time: _____

Form 121 – May 30, 2003 – 2 pt. NCR  DACS