05 630

Clerk, Can you be so Kind please staple the papers for me because officers tell me there staplers are broking and please send an Court Docket Sheet I will really appreciate that very much as soon as get a chance thanks you for your time.

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE