United States Court,  9-15-05

05-630

I'm sending what you have requested for that's the six month's statement's from the institution can you please be so kind to send me an dockett sheet of what you had receive from me so far I will appreciate that very much thank for your help.



from: famous Rhoades
SBI: 379298
Building 22 AL6.





WILMINGTON DE 198
PM
16 SEP 2005

I/M Famous Rhoades
SBI# 319298   UNIT 22A-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Officer of clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, DE 19801