05-630

# Individual Statement - No Transactions This Month

Date Printed: 8/16/2005                                Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| Current Location: | 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |



FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

Date Printed: 8/16/2005

## For Month of March 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | | B | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 3/11/2005 | $0.00 | ($10.00) | $0.00 | $0.00 | 80246 | | 3/1/05 | |
| Pay-To | 3/14/2005 | $0.00 | $0.00 | ($0.98) | $0.00 | 80500 | | DST/POSTAGE | |
| Pay-To | 3/23/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 84752 | | DST/POSTAGE | |
| Pay-To | 3/24/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 85551 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 8/16/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |

Current Location: 22       Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 90396 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 94926 | | DST/POSTAGE | 4/17/05 |
| Medical | 4/21/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 97598 | | | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 8/16/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 103652 | | DST/POSTAGE | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.10) | $0.00 | 109175 | | 4/11/05 | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 8/16/2005  Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| Current Location: | 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement

Date Printed: 8/16/2005                                                                                           Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| Current Location: | 22 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/18/2005 | $100.00 | $0.00 | $0.00 | $100.00 | 132717 | 1610183 | | P REED |
| Medical | 7/21/2005 | ($3.96) | $0.00 | $0.00 | $96.04 | 134781 | | 9/28/04 | |
| Medical | 7/21/2005 | ($4.00) | $0.00 | $0.00 | $92.04 | 134782 | | 9/1/04 | |
| Medical | 7/21/2005 | ($10.00) | $0.00 | $0.00 | $82.04 | 134785 | | 3/1/05 | |
| Medical | 7/21/2005 | ($6.00) | $0.00 | $0.00 | $76.04 | 134799 | | 4/17/05 | |
| Pay-To | 7/21/2005 | ($0.98) | $0.00 | $0.00 | $75.06 | 134811 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.60) | $0.00 | $0.00 | $74.46 | 134823 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $74.09 | 134822 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.60) | $0.00 | $0.00 | $73.49 | 134824 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $73.12 | 134853 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $72.75 | 134874 | | DST/POSTAGE | |
| Supplies-MailP | 7/21/2005 | ($3.10) | $0.00 | $0.00 | $69.65 | 134893 | | 4/11/05 | |
| Canteen | 7/27/2005 | ($19.93) | $0.00 | $0.00 | $49.72 | 136711 | | | |
| Medical | 7/28/2005 | $0.00 | ($4.00) | $0.00 | $49.72 | 137309 | | 7/20/05 | |
| Medical | 7/28/2005 | ($4.00) | $0.00 | $0.00 | $45.72 | 137438 | | 7/20/05 | |

Ending Mth Balance: $45.72