Date 10-19-05    Civil docket for Case #: 1:05-cv-00630-JJF

Peter T. Dalleo,

The reason why I'm am writing to you it is concerning my case can you please do a favor for me if that ate to much trouble for you sir I just need an update on whats going on with my case I'v have been waiting on them patient for a response so when are they goin to respond back to me can you give me a answer as soon as you here something I will be most grateful for your support and I'm appreciate whatever you can do for me it will help me on out I would like for you to respond back as fast as possible soon as you get this here letter thank you for your time afford see y'a later I hope to here something soon.

from: famous Rhoodes
SBI: 379298
building 22-A-L6

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Famous Rhoades
SBI# 319296  UNIT 22 A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$00.37
OCT 22 2005
MAILED FROM ZIPCODE 19977

Clerk peterT dalleo
United States district Court
844 N King Street Lockbox 18
wilmington, DE 19801-3570