11-17-05

Peter T Dalleo,                                                              05-630

The reason I am writing to you is cause it concerning about my case what's on the paper that y'all already know that I'v don't have money to pay the initial partial filing fee of $3.33 cent I got nothing on my inmate account also It say in civil judical precedures rules if I provide the court with the six month statements I'm not able to pay that I may continue on without the filing fee so I am sending you another six month's statement so can we start proceeding and can you please stop with all these delays I'v like to move forward if it's alright with the court I would like to know what's goin on in my case can give me an update on it as soon as possible also you've should already had receeve authorization paper that was to the court and just than case I got my own copy's of everything. that was sent to me by the court.

from: famous Rhoades
SBI 379.298
build 22A-L-6

FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Famous Rhoades
SBI# 379298 UNIT 22-A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Peter T Dalleo
United States district Court
844 N. King Street Lockbox 18
Wilmington, De 19801-3570