05-630

FILED

NOV 22 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

Date Printed: 10/5/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |

Current Location: 22        Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 90396 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 94926 | | DST/POSTAGE | |
| Medical | 4/21/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 97598 | | 4/17/05 | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 10/5/2005          Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| Current Location: | 22 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 103652 | | DST/POSTAGE | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.10) | $0.00 | 109175 | | 4/11/05 | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 10/5/2005                                                                                           Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| **Current Location:** | 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|

# Individual Statement

## For Month of July 2005

Date Printed: 10/5/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B. | | | |
| Current Location: | 22 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/18/2005 | $100.00 | $0.00 | $0.00 | $100.00 | 132717 | 1610183 | 9/28/04 | P REED |
| Medical | 7/21/2005 | ($3.96) | $0.00 | $0.00 | $96.04 | 134781 | | 9/1/04 | |
| Medical | 7/21/2005 | ($4.00) | $0.00 | $0.00 | $92.04 | 134782 | | 3/1/05 | |
| Medical | 7/21/2005 | ($10.00) | $0.00 | $0.00 | $82.04 | 134785 | | 4/17/05 | |
| Medical | 7/21/2005 | ($6.00) | $0.00 | $0.00 | $76.04 | 134799 | | | |
| Pay-To | 7/21/2005 | ($0.98) | $0.00 | $0.00 | $75.06 | 134811 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.60) | $0.00 | $0.00 | $74.46 | 134823 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $74.09 | 134822 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.60) | $0.00 | $0.00 | $73.49 | 134824 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $73.12 | 134853 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.37) | $0.00 | $0.00 | $72.75 | 134874 | | DST/POSTAGE | |
| Supplies-MailP | 7/21/2005 | ($3.10) | $0.00 | $0.00 | $69.65 | 134893 | | 4/11/05 | |
| Canteen | 7/27/2005 | ($19.93) | $0.00 | $0.00 | $49.72 | 136711 | | | |
| Medical | 7/28/2005 | $0.00 | ($4.00) | $0.00 | $49.72 | 137309 | | 7/20/05 | |
| Medical | 7/28/2005 | ($4.00) | $0.00 | $0.00 | $45.72 | 137438 | | 7/20/05 | |

Ending Mth Balance: $45.72

# Individual Statement

Date Printed: 10/5/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $45.72 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |
| Current Location: | 22 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/4/2005 | ($19.35) | $0.00 | $0.00 | $26.37 | 140225 | | | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($0.74) | $26.37 | 140524 | | DST/POSTAGE | |
| Pay-To | 8/5/2005 | ($0.74) | $0.00 | $0.00 | $25.63 | 141440 | | DST/POSTAGE | |
| Canteen | 8/10/2005 | ($19.53) | $0.00 | $0.00 | $6.10 | 142974 | | | |
| Canteen | 8/17/2005 | ($5.28) | $0.00 | $0.00 | $0.82 | 145645 | | | |
| Canteen | 8/24/2005 | ($0.80) | $0.00 | $0.00 | $0.02 | 148389 | | | |

Ending Mth Balance: $0.02

# Individual Statement

Date Printed: 10/5/2005

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00379298 | Rhodes | Famous | B | | | |

Current Location: 22     Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($3.95) | $0.02 | 153012 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.02) | $0.00 | ($3.93) | $0.00 | 155918 | | DST/POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 158542 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 158543 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 158544 | | POSTAGE | |
| Supplies-MailP | 9/22/2005 | $0.00 | $0.00 | ($1.80) | $0.00 | 161171 | | 12/06/04 | |

Ending Mth Balance: $0.00