OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 1, 2005

TO: Famous B. Rhoades
    SBI #379298
    Delaware Correctional Center

RE: *Letter Requesting Status of Case; CA 05-630 JJF*

Dear Mr. Rhoades:

    This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Joseph J. Farnan, Jr. and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.;CA 05-630 JJF
enc. Docket Sheet

11-17-05

Peter T Dalleo,

10

05-630

The reason I am writing to you is cause it concerning about my case what's on the paper that y'all already know that I'v don't have money to pay the initial partial filing fee of $3.33 cent I got nothing on my inmate account also It say in civil judical precedures rules if I provide the court with the six month statements I'm not able to pay that I may continue on without the filing fee so I am sending you another six months statement so can we start proceeding and can you please stop with all these delays I'v like to move forward if it's alright with the Court I would like to know what's goin on in my case can give me an update on it as soon as possible also you've should already had receive authorization paper that was to the Court and just than case I got my own copy's of everything. that was sent to me by the Court.

from: famous Rhoades
SBI 379 298
build 22A-L-6

FILED
NOV 22
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned