CA 05-630 JJF

Date 11-8-05

Peter T dalleo

I Like to ask some question about my case can youive please give a straght honest answer why it taking so long to get start on litiganting my case what is the hold up because I'm ready to move on also everything I stating is the truth there is nothing frivolous can we carry on sir yes or no also we've didn't get no were near started not even close itis some long way so will you explain to me cause I'm not understanding what is wrong it shouldn't be a problem to move on forward this is going to slow should we be on litigantion right now it has been 4 monthts I would like for the courtis to let me start now please ask them for me can they grant that in my request Iv will appreciate that very much I hope to ~~xxxx~~ here back right from the court. As soon as possible when receive this Letter.

from: tomeus Rhoads
SBI: 379098
building 22 A-L-G

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Famous Rhoades
SBI# 379 398    UNIT 22-A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk Peter T dalleo
United States district Court
844 N. King street Lockbox 18
Wilmington DE, 19801 - 3570