NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 1:05-CV-630

Famous B. Rhoades

v.

Carlton Adams, et al.

DISTRICT COURT JUDGE: Kent A. Jordan

Notice is hereby given that __Famous B. Rhoades__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) __1983 Dismissed Without Prejudice__

entered in this action on 1/13/2006
(date)

DATED: Jan 18, 2006

__Famous Rhoades__
(Counsel for Appellant-Signature)

Pro-se
(Name of Counsel - Typed)

D.C.C. 1181 Paddock Rd.
(Address)

Smyrna DE, 19977

(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

# Certificate of Service

I, _Famous B. Rhoades_, hereby certify that I have served a true and correct cop(ies) of the attached: _Notice of Appeal Rhoades v. Adams et al; 1:05-cv-630_ upon the following parties/person (s):

TO: _Kent A. Jordan_
_U.S. District Court_
_844 King st_
_Wilm. De. 19801_

TO: _Third Circuit Clerk_
_United State Courthouse_
_601 Market st_
_Philadelphia PA 19106_

TO: _District Attorney_
_Dept of Justice_
_820 N French st_
_Wilm. De. 19801_

TO: _District Court Clerk_
_U.S District Court_
_844 King st_
_Wilm. De. 19801_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2006

Legal mail



To: District Court Clerk
United State Courthouse
~~[scribbled]~~ 844 King St
Wilmington, DE 19801

I/M Famous Rhoades
SBI# 379698  UNIT 22 AL6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977