7-13-06

Dear prothonotary,

I'm am informing the courts that I'll have been move from the department of Correctional center near Smyrna DE against my own will they had me transferred me on down to Sussex County prison. Its Sussex Correctional Institution down In Georgetown DE the address is po box 500 George town DE, 19947 also I am gonna send the court a rule 16 motion to discovery I hope yall can keep me informed of my appeal tell me whats going on with my case thanks for your help I really greatly appreciate everything very much. also they got my last name spelled Rhodes in the computer I'm letting the court know so I've can receieve my legal mail.

from: Famous Rhoades
SBI: 00 379 298
Sussex Correctional Institution
po box 500
Georgetown, DE 19947



FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned