IN THE United States COURT ~~APPEALS~~
DISTRICT OF Delaware

FAMOUS RHOADES
  PLAINTIFF/BELOW
    PETITIONER,

 -v-

CALTON ADAMS ET AL.
JOSEPH BELANGER &
LT. LARRY SAVAGE &
C/O CAMPBELL
  DEFENDANTS/BELOW
    RESPONDENT'S.

CIV. NO. 06-1495
        05-CV-0630



FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(3D) Scanned

MOTION FOR DISCOVERY & PRODUCTION
       OF DOCUMENT'S

   Come's Now The Defendant Famous Rhoades Pro Se Litigant to this Honorable Court in Good Faith Respectfully Requesting a Motion For Discovery of the Production of documents in Pursuant to Third Circuit Civil Rule 16 in the above Civil Action. In support of this motion the following is asserts herein:

1. The Plaintiff demands that copies of write up infraction, memorandum and/or memobooks, loo's and and all other Report's of the investigation carried on with the Respect to this case,

2. The Plaintiff demands to be informed of the full name, rank, shield number and all correctional officers record each of the above name individual assigned to this case;

3. The Plaintiff demands a copy of the personnel records of each of the above named individual's, or in the alternative that it be turned over to the Court for examination, "In Camera", to determine what information contained therein would be relevant or material to Plaintiff defense;

IN UNITED STATES ~~DISTRICT OF ARKANSAS~~
DISTRICT OF DELAWARE

FAMOUS RHOADES
PLAINTIFF/BELOW
PETITIONER,

-v-

CALTON ADAMS ET AL,
JOSEPH BELANGER &
LT. LARRY SAVAGE &
C/O CAMPBELL
DEFENDANT/BELOW
RESPONDENT'S,

CIV. NO. 06-1495
05-CV-0630

## NOTICE OF MOTION

Please Take Notice that this Motion will be presented to this Honorable Court at it's earliest possible convience on the next schedule moton day in the Court.

RESPECTFULLY SUBMITTED,

Famous Rhoades

Famous Rhoades
Sussex Correctional Instution
PO box 500
Georgetown, DE 19947

2.

4. The Plaintiff assert's that all of the item's and/or document's he seek's are "essential" and material for the preparation of his defense of the case in chief.

5. The Plaintiff assert's that, this request's are authorized by the Fourteenth and Sixth Amendment's to the constitution of the United State's, & Delaware State Constitution. (State Statute or Code) (Section(s)], and Brady v. Maryland, 373 U.S. 83 (1963),

6. The Plaintiff assert's that all of the of the requested item's will be relevant and admissible if the defendant's present's it as direct evidence, or for the purpose of impeachment.

7. The Plaintiff assert's that, justification for discovery and inspection stand's or fall's on the equitable determination of whether it make's the truth easier to determine or give's a "Party" an advantage. And justification for discovery and inspection must be viewed from the former "standpoint."

8. The Plaintiff assert's that, a criminal trial like a civil trial is a quest for the truth. That quest will more often be successful if both side's have an equal opportunity to interview the person's who have the information from which the truth may be determined.

9. The Plaintiff assert's that, without the requested discovery and inspection the Plaintiff will be deprived of his right to due process under the Fourteenth Amendment and Sixth Amendment to the Constitution and the Delaware State Constitution's.

WHEREFORE: The Plaintiff respectfully request's and hopefully pray's that this court grant the discovery in the interest of justice in good faith for the quest for justice

RESPECTFULLY SUBMITTED:

DATED: 7-13-06

James Rhoades
Famous Rhoades
Sussex Correctional Institution
Po box 500
Georgetown, DE 19947

IN THE United States COURT OF ~~APPEALS~~
DISTRICT OF Delaware

FAMOUS RHOADES
   PLAINTIFF/BELOW
      PETITIONER,

            -v-

CALTON ADAMS ET AL.
JOSEPH BELANGER &
LT. LARRY SAVAGE &
C/O CAMPBELL
   DEFENDANT/BELOW
      RESPONDENTS.

CIV. NO. 06-1495
         05-CV-0630

## ORDER

AND NOW TO WIT: having read and considered the foregoing motion for Discovery Production of Documents on this _____ day in the month of _____ 2006. IT IS HEREBY ORDERED: that the foregoing motion is hereby granted/denied. _____

_____

_____

                                            _____
                                                    JUDGE

## Certificate of Service

I, _FAMOUS RHOADES_, hereby certify that I have served a true and correct cop(ies) of the attached: _MOTION FOR DISCOVERY_ _____ upon the following parties/person (s):

TO: _United States District Court of delaware Lockbox 18  844 N. King Street Wilmington DE 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE ~~19977~~. _Sussex Correctional Institution_ ~~DE~~ _PO box 500 Georgetown DE 19947_
On this _13_ day of _July_, 2006

_Famous B Rhoades_

7-13-06

Dear prothonotary,

I'm am informing the Courts that I'll have been move from the department of Correctional center near Smyrna DE against my own will they had me transferred me on down to Sussex County prison Its Sussex Correctional institution down In Georgetown DE the address is po box 500 George town DE, 19947 also I am gonna send the court a rule 16 motion to discovery I hope yall can keep me informed of my appeal tell me whats going on whith my case thanks for your help I really greatly appreciate every thing very much. also they got my last name spelled Rhodes in the computer I'm letting the Court Know so I've can recieve my legal mail.

from: Famous Rhoades
SBI: 00 379 298
Sussex Correctional Institution
po box 500
Georgetown, DE 19947



BD scanned