BPS-306

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1495

FAMOUS B. RHOADES
Appellant,

v.

C/O CARLTON ADAMS; CPL. W. CAMPBELL;
SHIFT COMMANDER JOSEPH BELANGER;
LT. LARRY SAVAGE, Disciplinary Hearing Officer

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civil No. 05-cv-0630-KAJ)
District Judge: Honorable Kent A. Jordan

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
August 17, 2006

Before: RENDELL, AMBRO and GREENBERG, Circuit Judges.

JUDGMENT

    This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

    ORDERED and ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court. Rhoades' motions for appointment of counsel and for discovery and productions of documents are denied.

ATTEST:

Dated: September 6, 2006

/s/ Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on _____9/28/06_____

Teste: *[signature: Marcia M. Waldron]*
Clerk, U.S. Court of Appeals for the Third Circuit